IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT MILLER,                    )
                                  ) Civil Action
        Plaintiff                 ) No. 09-cv-02869
                                  )
    vs.                           )
                                  )
CADMUS COMMUNICATIONS,            )
A CENVEO COMPANY,                 )
                                  )
        Defendant                 )

O R D E R

NOW, this 28th day of February, 2010, upon consideration of Defendant Cadmus Communications, a Cenveo Company's Motion to Dismiss filed July 2, 2009; upon consideration of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss, which memorandum in opposition was filed August 3, 2009; and for the reasons set forth in the accompanying Opinion,

IT IS ORDERED that Defendant Cadmus Communications, a Cenveo Company's Motion to Dismiss is granted.

IT IS FURTHER ORDERED that Counts I and II of plaintiff's Complaint are dismissed.

IT IS FURTHER ORDERED that defendant shall have until on or before March 20, 2010 to answer Count III of the Complaint.

BY THE COURT:


 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge